# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE OGBECHIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. COVBARRUBIAS,<br><br>　　　　Defendant. | Case No. 5:19-cv-02482 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related 18-cv-00121 EJD, Ogbechi v. Covarrubias.

IT IS SO ORDERED.

Date: May 9, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 19-cv-02482 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES